675

No. 411. Neal et al., Trustees, v. Commissioner of Internal Revenue. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Wm. Harold Hitchcock* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Francis H. Horan* for respondent.

No. 412. Tower Hill Connellsville Coke Co. v. Piedmont Coal Co. et al. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John W. Davis, E. W. Knight, George E. Alter,* and *A. J. Barron* for petitioner. *Messrs. Edwin W. Smith, Arthur S. Dayton, E. C. Higbee,* and *Wm. M. Robinson* for respondents.

No. 413. Chesapeake & Ohio Ry. Co. v. Anderson. October 16, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. David H. Leake* for petitioner. *Mr. Charles C. Spencer* for respondent.

No. 415. Weinberg v. United States. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Biggs* and *Mr. A. E. Gottschall* for the United States.

No. 416. Delarmi v. United States. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wm.*

**676**

*E. Leahy* and *Wm. J. Hughes, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for the United States.

No. 427. GRISSINGER *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Court of Claims, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Harry H. Semmes* for petitioner. No appearance for the United States.

No. 123. CUFF *v.* UNITED STATES ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Martin R. Cuff, pro se.* No appearance for the United States et al.

No. 260. SPIVEY *v.* GULF, COLORADO & SANTA FE RY. Co. October 23, 1933. Petition for writ of certiorari to the Court of Civil Appeals, Third Supreme Judicial District, of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Winbourn Pearce* for petitioner. No appearance for respondent.

No. 527. REID *v.* ADERHOLD, WARDEN. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William J. Reid, pro se.* No appearance for respondent.